1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12
   PHU G. HUYNH,                         )    No. C-11-3195 CW
13                                       )
          Plaintiff,                     )
14                                       )    **STIPULATION AND [PROPOSED]
       v.                                )    ORDER TO CONTINUE INITIAL
15                                       )    CASE MANAGEMENT CONFERENCE**
   PATRICK DONAHOE, POSTMASTER           )
16 GENERAL UNITED STATES POSTAL          )
   SERVICE,                              )
17                                       )
          Defendant.                     )
18                                       )

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[C-11-3195] CW

1     The plaintiff, Phu Huynh, ("Plaintiff") and the federal defendant Patrick Donahoe, Postmaster General United States Postal Service ("Federal Defendant") by and through their counsel stipulate to the following:

4     WHEREAS, the initial case management conference in this matter has been scheduled for October 4, 2011 at 2:00 p.m. per Order of this Court;

6     WHEREAS, counsel for the Federal Defendant has a medical appointment that was unable to be rescheduled that will conflict with the initial case management conference, and thus would like to continue the initial case management conference;

9     ACCORDINGLY, the parties agree and stipulate and request as follows:

10     The initial case management conference currently scheduled for October 4, 2011 at 2:00 p.m. be continued to October 18, 2011 at 2:00 p.m. or a date convenient for the Court's calendar after October 18, 2011.

So Stipulated.

DATED: September 22, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

*Melissa Sladden* (signature)
MELISSA BROWN SLADDEN
Assistant United States Attorney

DATED: September 25, 2011

PHU HUYNH
Pro Se

*Phu Huynh* (signature)
PHU HUYNH
Pro Se

SIGN HERE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[C-11-3195] CW

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the initial case management conference in this matter is continued from October 4, 2011 to October 18, 2011 at 2:00 p.m.

IT IS SO ORDERED

Dated: 9/27/2011

CLAUDIA WILKEN
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [C-11-3195] CW